# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THOMAS REILLY,
    Plaintiff,

v.

CITY OF WEST HAVEN and
H. RICHARD BORER, JR., Individually
and in his capacity as Mayor of West Haven

APPEARANCE

FILED
2004 JAN -5  A 10: 16

CASE NUMBER:    3:02CV1346(SRV)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    Thomas Reilly

December 31, 2003
Date

CT24252
Connecticut Federal Bar Number

(860) 313-5005
Telephone Number

(860) 313-5350
Fax Number

phelanlawtanya@snet.net
E-mail address

Signature

Tanya Wolanic
Print Clearly or Type Name

433 South Main Street, #117
Address

West Hartford, CT  06110

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael P. Farrell, Esq.
City of West Haven
Office of the Corporation Counsel
355 Main Street
West Haven, CT  06516

Signature
Tanya Wolanic

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001