**STATUS CONFERENCE HELD**
**DATE: 1/27/04**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

January 27, 2004

2:00 p.m.

CASE NO. **3:02cv1346 (SRU)**   **Reilly v West Haven, et al**

Michael P. Farrell
201 Center St.
West Haven, CT 06516

✓ Jennifer L. Schancupp
Thomas E. Katon
Susman, Duffy & Segaloff
55 Whitney Ave., PO Box 1684
New Haven, CT 06507

✓ Gary Edward Phelan
Klebanoff & Phelan, PC
433 S. Main St.
Suite 102
West Hartford, CT 06110

Tanya A. Wolanic
433 South Main Street
Suite 117
West Hartford, CT 06110

*Calendar Call postponed indefinitely.*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK