FILED

2004 FEB 12 P 12: 20

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| | | |
|---|---|---|
| THOMAS REILLY, | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 3:02CV1346 (SRU) |
| VS. | * | |
| | * | |
| CITY OF WEST HAVEN AND | * | FEBRUARY 11, 2004 |
| H. RICHARD BORER, JR., | * | |
| DEFENDANTS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO SET BRIEFING SCHEDULE FOR THE FILING OF MOTIONS FOR SUMMARY JUDGMENT AND ANY REPLIES THERETO**

The Defendants in the above-captioned matter, by their attorney, hereby seek the entry of an order establishing the following as a briefing schedule for the filing of any motions for summary judgment and any replies thereto:

All motions for summary judgment and supporting memoranda of law shall be filed on or before March 25, 2004;

All replies thereto shall be filed on or before April 23, 2004.

Counsel for the Defendants represents that she has spoken to counsel for the Plaintiff who has no objection to this motion.

ORAL ARGUMENT NOT REQUESTED

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

```
                          THE DEFENDANTS,
                          CITY OF WEST HAVEN AND
                          H. RICHARD BORER, JR.


                      By: _____
                          Jennifer L. Schancupp
                          Federal Bar No. ct11876
                          Susman, Duffy & Segaloff, P.C.
                          55 Whitney Avenue
                          P.O. Box 1684
                          New Haven, CT 06507
```

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

<u>Counsel for the Plaintiff</u>
Gary Phelan, Esq.
Gary Phelan, LLC
433 S. Main St., Suite 102
West Hartford, CT 06110

<u>Co-counsel for the Defendants</u>
Michael P. Farrell, Esq.
201 Center Street
West Haven, CT 06516

_____
Jennifer L. Schancupp, Esq.

I:\Client U_Z\West Haven\Reilly\pleadings\Motion to set briefing schedule for summary judgment motion and reply.wpd

2