FILED

2004 FEB 12 P 12: 20

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

```
*********************************
THOMAS REILLY,              *   CIVIL ACTION NO.
          PLAINTIFF         *   3:02CV1346 (SRU)
VS.                         *
                            *
CITY OF WEST HAVEN AND      *   FEBRUARY 11, 2004
H. RICHARD BORER, JR.,      *
          DEFENDANTS        *
*********************************
```

## MOTION TO SET BRIEFING SCHEDULE FOR THE FILING OF MOTIONS FOR SUMMARY JUDGMENT AND ANY REPLIES THERETO

The Defendants in the above-captioned matter, by their attorney, hereby seek the entry of an order establishing the following as a briefing schedule for the filing of any motions for summary judgment and any replies thereto:

All motions for summary judgment and supporting memoranda of law shall be filed on or before March 25, 2004;

All replies thereto shall be filed on or before April 23, 2004.

Counsel for the Defendants represents that she has spoken to counsel for the Plaintiff who has no objection to this motion.

ORAL ARGUMENT NOT REQUESTED

GRANTED; ABSENT OBJECTION.
SO ORDERED. /s/ [Stefan R. Underhill, USDJ] 2/12/04