UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

*******************************
| | |
|---|---|
| THOMAS REILLY, | * CIVIL ACTION NO. |
| PLAINTIFF | * 3:02CV1346 (SRU) |
| VS. | * |
| | * |
| CITY OF WEST HAVEN AND | * MARCH 25, 2004 |
| H. RICHARD BORER, JR., | * |
| DEFENDANTS | * |

*******************************

## MOTION FOR SUMMARY JUDGMENT

Defendants in the above-entitled matter by their attorneys, move pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 9(c) of the Local Rules of Civil Procedure, for summary judgment on all claims herein.

        THE DEFENDANTS,
        CITY OF WEST HAVEN AND
        H. RICHARD BORER, JR.

        By:_____
          Jennifer L. Schancupp
          Federal Bar No. ct11876
          Susman, Duffy & Segaloff, P.C.
          55 Whitney Avenue
          P.O. Box 1684
          New Haven, CT 06507

ORAL ARGUMENT REQUESTED

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

<u>Counsel for the Plaintiff</u>
Gary Phelan, Esq.
Gary Phelan, LLC
433 S. Main St., Suite 102
West Hartford, CT 06110

<u>Co-counsel for the Defendants</u>
Michael P. Farrell, Esq.
201 Center Street
West Haven, CT 06516

 

_____
Jennifer L. Schancupp, Esq.

I:\Client U_Z\West Haven\Reilly\pleadings\Motion for summary judgment.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505