```
                              FILED

                              2004 APR 12  P 3: 06

                              U.S. DISTRICT COURT
                              BRIDGEPORT, CONN
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THOMAS REILLY, | CIVIL ACTION NO.: |
| Plaintiff | 3:02CV1346(SRU) |
| v. | |
| CITY OF WEST HAVEN, ET. AL., | |
| Defendant. | April 12, 2004 |

### PLAINTIFF'S MOTION FOR A TWO-WEEK EXTENSION TO REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Thomas Reilly, moves for a two-week extension of the deadline to reply to the defendant's Motion for Summary Judgment filed on March 25, 2004. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from April 23 to May 7, 2004. This is the plaintiff's first request for an extension of the deadline to file a response to the defendant's Motion for Summary Judgment. Defendant's counsel, Jennifer Schancupp, represented that the defendant does not oppose the plaintiff's request for an extension.

The Plaintiff is requesting the extension because Plaintiff's counsel: (1) is currently in the process of closing his firm and joining a New York firm called Outten & Golden and opening a branch office for the firm in Stamford, Connecticut on June 1, 2004; (2) is in the process of trying to meet a May 15, 2004 deadline for his annual supplement to a legal treatise he co-authored entitled Disability Discrimination in the Workplace, and (3) will also be simultaneously responding to a Motion for Summary Judgment before this court in John Filush v. Town of Weston, CV 3:02CV1934(SRU).

THE PLAINTIFF,
THOMAS REILLY


BY: _____
Gary Phelan (CT 03670)
Gary Phelan, LLC
433 South Main Street, Suite 117
West Hartford, CT 06110
(860)313-5005


**CERTIFICATION OF SERVICE**

I certify that a copy of the foregoing was mailed first-class, postage prepaid on April 12, 2004 to:

Jennifer L. Schancupp
Susman, Duffy & Segaloff
55 Whitney Avenue
New Haven, CT 06507

Michael P. Farrell, Esq.
210 Center Street
West Haven, CT 06516


_____
Gary Phelan