FILED

2004 APR 12 P 3: 06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS REILLY, | CIVIL ACTION NO.: |
| Plaintiff | 3:02CV1346(SRU) |
| v. | |
| CITY OF WEST HAVEN, ET. AL., | |
| Defendant. | April 12, 2004 |

**PLAINTIFF'S MOTION FOR A TWO-WEEK EXTENSION TO
REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff, Thomas Reilly, moves for a two-week extension of the deadline to reply to the defendant's Motion for Summary Judgment filed on March 25, 2004. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from April 23 to May 7, 2004. This is the plaintiff's first request for an extension of the deadline to file a response to the defendant's Motion for Summary Judgment. Defendant's counsel, Jennifer Schancupp, represented that the defendant does not oppose the plaintiff's request for an extension.

The Plaintiff is requesting the extension because Plaintiff's counsel: (1) is currently in the process of closing his firm and joining a New York firm called Outten & Golden and opening a branch office for the firm in Stamford, Connecticut on June 1, 2004; (2) is in the process of trying to meet a May 15, 2004 deadline for his annual supplement to a legal treatise he co-authored entitled <u>Disability Discrimination in the Workplace</u>, and (3) will also be simultaneously responding to a Motion for Summary Judgment before this court in <u>John Filush v. Town of Weston</u>, CV 3:02CV1934(SRU).

GRANTED; ABSENT OBJECTION.
SO ORDERED 4/13/04
Stefan R. Underhill, U.S.D.J.