```
                                            FILED

                                            2004 MAY -5  A 10: 28

                                            U.S. DISTRICT COURT
                                            BRIDGEPORT, CONN
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THOMAS REILLY, | CIVIL ACTION NO.: |
| Plaintiff | 3:02CV1346(SRU) |
| v. | |
| CITY OF WEST HAVEN, ET. AL., | |
| Defendant. | May 4, 2004 |

**PLAINTIFF'S MOTION FOR A ONE-WEEK EXTENSION TO**
**REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff, Thomas Reilly, moves for a one-week extension of the deadline to reply to the defendant's Motion for Summary Judgment. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from May 7 to May 14, 2004. This is the plaintiff's second request for an extension of the deadline to file a response to the defendant's Motion for Summary Judgment. Defendant's counsel, Jennifer Schancupp, represented that the defendant does not oppose the plaintiff's request for an extension.

Plaintiff's counsel is in the process of trying to meet a May 15, 2004 deadline to complete the annual supplement to a legal treatise he co-authored entitled Disability Discrimination in the Workplace. Plaintiff's counsel is also in the process of setting up a branch office of the law firm of Outten & Golden in Stamford, Connecticut that is scheduled to open on June 1, 2004 and substantially underestimated the amount of work he would need to do related to that transition.

THE PLAINTIFF,
THOMAS REILLY

BY: _____
Gary Phelan (CT 03670)
Gary Phelan, LLC
433 South Main Street, Suite 117
West Hartford, CT 06110
(860)313-5005

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was mailed first-class, postage prepaid on May 4, 2004 to:

Jennifer L. Schancupp
Susman, Duffy & Segaloff
55 Whitney Avenue
New Haven, CT 06507

Michael P. Farrell, Esq.
210 Center Street
West Haven, CT 06516

_____
Gary Phelan