FILED

2004 MAY 12  A 9: 39

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS REILLY, | CIVIL ACTION NO.: |
| Plaintiff | 3:02CV1346(SRU) |
| v. | |
| CITY OF WEST HAVEN, ET. AL., | |
| Defendant. | May 11, 2004 |

### PLAINTIFF'S MOTION FOR A ONE-MONTH EXTENSION TO REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Thomas Reilly, moves for a one-month extension of the deadline to reply to the defendant's Motion for Summary Judgment. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from May 14 to June 11, 2004. This is the plaintiff's third and final request for an extension of the deadline to respond to the defendant's Motion for Summary Judgment. Defendant's counsel, Jennifer Schancupp, represented that the defendant does not oppose the plaintiff's request for an extension.

In the previous Motion for Extension dated May 4, 2004, the undersigned counsel explained that: (1) he is in the process of trying to meet a May 15, 2004 deadline to complete the annual supplement to a legal treatise he co-authored entitled Disability Discrimination in the Workplace; and (2) is also in the process of setting up a branch office of the law firm of Outten & Golden in Stamford, Connecticut that is scheduled to open on June 1, 2004 and substantially underestimated the amount of work he would need to do related to that transition. He is also in the process of trying to complete discovery by May 31, 2004 in a case entitled Penchina v. DCA Advertising in the Southern District of New York and has six depositions to complete before the

deadline. As a result, the undersigned counsel will not be able to finish the Opposition to the Motion for Summary Judgment until the week of June 7, 2004 after he has relocated his practice to Stamford, Connecticut.

THE PLAINTIFF,
THOMAS REILLY

BY: _____
Gary Phelan (CT 03670)
Gary Phelan, LLC
433 South Main Street, Suite 117
West Hartford, CT 06110
(860)313-5005

### CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was mailed first-class, postage prepaid on May 11, 2004 to:

Jennifer L. Schancupp
Susman, Duffy & Segaloff
55 Whitney Avenue
New Haven, CT 06507

Michael P. Farrell, Esq.
210 Center Street
West Haven, CT 06516

_____
Gary Phelan