FILED

2004 JUN -9 A 10: 07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS REILLY, | CIVIL ACTION NO.: |
| Plaintiff | 3:02CV1346(SRU) |
| v. | |
| CITY OF WEST HAVEN, ET. AL., | |
| Defendant. | June 8, 2004 |

### PLAINTIFF'S MOTION FOR A ONE-WEEK EXTENSION TO REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Thomas Reilly moves for a one-week extension of the deadline to the defendant's Motion for Summary Judgment. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from June 11 to June 18, 2004. This is the plaintiff's fourth request for an extension of the deadline to respond to the defendant's Motion for Summary Judgment. Defendant's counsel, Jennifer Schancupp, represented that the defendant does not oppose the plaintiff's request for an extension.

The plaintiff had previously moved for extensions to accommodate the undersigned counsel's closing of his law firm in West Hartford, CT and relocating to start a Stamford, CT branch office for the New York law firm of Outten & Golden. The Stamford branch office opened on Thursday, June 3, 2004. However, due to the SBC telephone strike, the undersigned counsel was told June 2, 2004 that the telephone

access scheduled to be set up on Thursday, June 3 would be delayed until Tuesday, June 8th. The office in Stamford has not had access to telephone, computer, internet and fax services and will not have access until, hopefully, later today. As a result, the undersigned counsel has not yet been able to complete plaintiff's opposition to the default Motion for Summary Judgment.

                              THE PLAINTIFF,
                              THOMAS REILLY

                        By: _____
                              Gary Phelan (CT03670)
                              Outten & Golden LLP
                              Four Landmark Square, Suite 201
                              Stamford, CT 06901
                              (203) 363-7888

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was mailed first-class, postage prepaid on June 8, 2004 to:

Jennifer L. Schancupp
Susman, Duffy & Segaloff
55 Whitney Avenue
New Have, CT 06507

Michael P. Farrell, Esq.
210 Center Street
West Haven, CT 06516

                              _____
                              Gary Phelan