UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS REILLY, | CIVIL ACTION NO.: |
| Plaintiff | 3:02CV1346(SRU) |
| v. | |
| CITY OF WEST HAVEN, ET. AL., | |
| Defendant. | June 22, 2004 |

### PLAINTIFF'S MOTION, NUNC PRO TUNC FOR A TWO-WEEK EXTENSION TO REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Thomas Reilly, moves for a two-week extension of the deadline to the defendant's Motion for Summary Judgment. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from June 18 to July 2, 2004. This is the plaintiff's fifth request for an extension of the deadline to respond to the defendant's Motion for Summary Judgment. Defendant's counsel, Jennifer Schancupp, represented that the defendant does not oppose the plaintiff's request for an extension.

The plaintiff had previously moved for extensions to accommodate the undersigned counsel's closing of his law firm in West Hartford, CT and relocating to start a Stamford, CT branch office for the New York law firm of Outten & Golden. The office in Stamford had not had access to telephone, computer, internet and fax

services from June 2-8, 2004 due to delays related to the SBC Telephone Company strike. Unfortunately, due to the technological problems that arose after the telephone access was installed on June 8, the office was still not operational until Tuesday, June 15, 2004. As a result of the need to get caught up on a variety of projects, including this Memorandum of Law, the undersigned counsel has not been able to complete the Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss. Plaintiff's counsel will be unavailable from June 22-30, 2004 because he will be speaking at and attending the annual meeting of the National Employment Lawyers Association ("NELA") in San Antonio, Texas and because he and his family will be moving from Cheshire to Wilton, CT after he returns from the NELA Annual Meeting. Therefore, he will not be able to finalize the Plaintiff's Memorandum of Law until Thursday, July 1st.

> THE PLAINTIFF,
> THOMAS REILLY
>
> By: _____
> Gary Phelan (CT03670)
> Outten & Golden LLP
> Four Landmark Square, Suite 201
> Stamford, CT 06901
> (203) 363-7888

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was mailed first-class, postage prepaid on June 22, 2004 to:

Jennifer L. Schancupp
Susman, Duffy & Segaloff
55 Whitney Avenue
New Have, CT 06507

Michael P. Farrell, Esq.
210 Center Street
West Haven, CT 06516

_____
Gary Phelan