UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS REILLY | CIVIL ACTION NO. |
| Plaintiff, | 3:02CV1346(SRU) |
| v. | |
| CITY OF WEST HAVEN AND H. RICHARD BORER, JR., | |
| Defendants | July 1, 2004 |

### PLAINTIFF'S LOCAL RULE 9(c)(1) STATEMENT

Pursuant to Local Rule 9(c)(1) of the local Rules of Civil Procedure, Plaintiff, Thomas Reilly, submits his local Rule 9(c)(1) in Opposition to Defendants' Motion for Summary Judgment.

1. Admitted
2. Admitted
3. Admitted
4. Admitted
5. Admitted
6. Admitted
7. Admitted
8. Admitted
9. Admitted
10. Admitted
11. Admitted
12. Admitted

13. Admitted

14. Admitted

15. Admitted

16. Admitted

17. Admitted

18. Admitted

19. Admitted

20. Admitted

21. Admitted

22. Admitted

23. Admitted

24. Admitted

II.   Disputed Material Facts

1.      Before deciding to eliminate the plaintiff's position as Electrical Inspector from the 2002-03 budget, the City of West Haven City Council knew that Thomas Reilly believed that the reason Mayor Borer recommended that his position be eliminated was to retaliate against him because he ran for City Council in the City of West Haven's 2001 Democratic Primary on a ticket that ran against the ticket headed by Mayor H. Richard Borer, Jr. Exhibit 4, Reilly Affidavit; Exhibit 2, April 14, 2002 Letter; Exhibit 3, p.78-79 Reilly Deposition Transcript ("Dep. Tr."); Exhibit 5, New Haven Register; Complaint ¶ 13, 16.

2.      Mayor Borer recommended that the plaintiff's position as Electrical Inspector be eliminated from the 2002-03 budget to retaliate

against the plaintiff because he ran for City Council in the 2001 Democratic Primary against the ticket which Mayor Borer headed. Complaint ¶ 7, 8, 9.

3. Mayor Borer did retaliate against the plaintiff because he ran for City Council in the 2001 Democratic Primary against the ticket headed by Mayor Borer by removing plaintiff from the fireworks, the Savin Rock Festival and the Holiday Festival. (Exhibit 2-Reilly letter dated April 14, 2002).

4. Plaintiff told City Council members Joseph Cullen and Anna Cirillo before the City Council voted to eliminate his position from the 2002-03 budget that he believed Mayor Borer recommended that his position be eliminated to retaliate against him because he ran for City Council in the 2001 Democratic Primary against the ticket headed by Mayor Borer.

5. Shortly before voting on the question of whether to eliminate plaintiff's position from the 2002-03 budget, City Council member Anna Cirillo told Thomas Reilly she was getting a lot of "flak" from other political parties if she supported Mr. Reilly's attempt to reinstate his position. Exhibit 3, Reilly Deposition Transcript at 78-79.

6. In addition to retaliating against plaintiff, Mayor Borer also retaliated against Sandra Larusso, his former secretary for seven (7) years and The Risk Manager in the Financial Department, because she supported Mayor Borer's opponent, John Picard, in the 2001 Democratic Primary.

7. Mayor Borer warned the Commissioner of Planning and Zoning, James Hill, not to oppose Mayor Borer's proposed to eliminate plaintiff's position from the Budget because Mr. Hill's job "was expendable as well." Complaint ¶ 17.

8.      After plaintiff's job was eliminated on July 1, 2002, he was entitled under the City's Collective Bargaining Agreement to "bump" into a lateral or lower classification position. However, the City of West Haven altered the requirements of every position to exclude him from consideration. Mr. Reilly sought to disqualify him from those positions as part of the City of West Haven's retaliation against him. Those positions included the Highway Maintenance Superintendent, Assistant to the Commission of Public Works and Risk/Procurement Manager. Complaint ¶ 19.

THE PLAINTIFF

By *[signature]*
Gary Phelan
Outten & Golden LLP
Four Landmark Square
Suite 201
Stamford, CT 06901
(203) 363-7888

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed on July 1, 2004, via first class mail, postage prepaid to:

Jennifer L. Schancupp
Susman, Duffy & Segaloff
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507

Michael P. Farrell, Esq.
201 Cater Street
West Haven, CT 06516

*[signature]*
Gary Phelan