**Thomas E. Reilly** *West Haven, Connecticut 06516-4807*

10 Hilltop Lane
(203) 932-0655 - home
(203) 937-3597 - work
ThomRly@yahoo.com

April 14, 2002

Councilman James Morrissey, Chairman
City of West Haven
305 Country Hill Drive
West Haven CT 06516

Dear Councilman Morrissey,

As you are aware, this is a tough time in our City's history and in your tenure as a Councilperson. Budget time is never pleasant and then to be presented with a controversial budget makes the hard decisions even harder. I understand, but; and there is always a but, I would like to give you a better understanding of my job and ask for your consideration.

You cannot imagine the emotion attached to picking up a budget book and reading that you have been zeroed out. There were rumors in the papers, friends and others all saying that the Mayor was going to eliminate my position. The Mayor told people he would eliminate my position, but to see it in print brings many emotions to the surface.

I have lived in West Haven for 29 years. My children were born, raised, educated and reside here. In the past ten years, I have taken great pleasure in volunteering and chairing such events as the Fireworks, Savin Rock Festival, and Holiday Festivities. Prior to January, when I was removed from these committees by the Mayor's office, I took great pride and accomplishment in preparing for these events.

I have been an electrician since 1977 and the City's Electrical Inspector since 1995. My day begins in the office, helping citizens and contractors fill out permit applications, answering questions and phones, and doing Plan Reviews. I have filled in for the Assistant Building Official and the Building Official when the office was extremely busy or if the ABO and BO were away on vacation or attending a seminar.

After the permit is issued and the office is notified that the work is complete, an appointment is made between 11:30am and 4:30pm for an inspection. If someone contacts me with a hardship I will change the time or make other arrangements to accommodate their schedule. When I arrive on the site and find that work isn't up to code I explain what I am looking for. If I am challenged as to why I am asking for work to be performed a certain way, I give them the code statute that guides my decisions.

After completing daily inspections – paperwork is filed with all comments about the inspections. At this time, Plan Reviews begin on the on-going projects where prints have been submitted; i.e. Schools, Police Station and Police projects, construction sites, etc. This is necessary, in order to make accurate inspections in a timely manner. Knowledge obtained from these reviews are vital to the safety of the project. Also it is necessary to insure that everyone gets what they contract

for. If items are missing or altered after plans and specifications are sumbitted, I would request an explanation as to the validity of the change and to insure that codes are not violated and the project is not jeapardized.

Plan reviews take in a variety of disciplines that are covered under several codes such as NFPA (National Fire Prevention Association), NEC (National Electric Code), BOCA (Building Officials and Code Administrators), CABO (Code that deals with one and two family dwellings), and ADA (Americans with Disability Act), to name a few. Also at this time I return afternoon phone calls and there have been times when I will meet a citizen on my way home to do an inspection because it is the only time that the home owner has during the day. This isn't done daily but it is done monthly.

My rapport with contractors has always been on a professional level. I feel that I am fair and can defend my decisions. I have also acted as an advisor/consultant to other City departments such as Park Department, Human Resources, Board of Education, Maintenance.

I attend as many seminars as I am allowed, in order to keep up with the changes in Codes and equipment. I was insturmental in changing the department's logging system. I helped set up log books where inspection dates are kept and these books are easily retrievalbe if there are future quesitons. I have a set system with the UI company for release of service calls, it is a logging system that works for both the City and UI and makes everyone accountable. I have earned and received the respect of Contractors and Fire District personnel alike. I was instrumental in setting up and coordinating early morning inspections (5:00am and 6:00am) on fire alarm systems at Bayer so as not to interfere with production. I coordinated the archiving of past permits for storage. Three years ago I started a log system in Excel which keeps track of all electrical permits.

On my own in January, I contacted the State before the Mayor made his budget cut. I am in the process of taking classes in the fall in order to become certified as an Assistant Building Official

The suggestion by the Mayor to elimnate my positon in order to bring in another Assistant Building Official does nothing for the department except add $800 to the salary account and you will loose the expertise I bring to the department. If my position is reinstated you will be receiving all the same service that I have performed for $800 less. This is no less that what I have been doing for the past 6 ½ years.

Please contact me if you have any questions. Thank you in advance for your consideration.

Sincerely,


Thom Reilly