UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

THOMAS REILLY,                        CIVIL ACTION NO. 302CV1346
           PLAINTIFF

    VS.
                                      JANUARY 15, 2004
CITY OF WEST HAVEN and
H. RICHARD BORER JR.
Individually and in his
Capacity as Mayor of West Haven,
           DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF THOMAS REILLY

APPEARANCES:

   FOR THE PLAINTIFF:

      GARY PHELAN, LLC.
      433 South Main Street
      West Hartford, Connecticut 06110
         By:  TANYA WOLANIC, ATTORNEY

   FOR THE DEFENDANTS:

      SUSMAN, DUFFY & SEGALOFF
      55 Whitney Avenue
      New Haven, Connecticut 06507
         By:  JENNIFER L. SCHANCUPP, ATTORNEY

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

```
1      A     She contacted me.
2      Q     What did she say to you?
3      A     Ann contacted me by phone and she wanted
4   me to explain my job, what I do and what benefit it
5   is to the city.
6            She also told me at that time she was
7   getting a lot of flack from other political parties
8   in regards to supporting me should she vote for me.
9      Q     When you say that she said she was getting
10  a lot of political flack from other political
11  parties for supporting you, what did you understand
12  that to mean?
13     A     I understand that the political machine in
14  power at that time was against anybody supporting
15  me.
16     Q     When you say the political machine, what
17  do you mean by that?
18     A     Well there's political parties and they
19  call them machines and at that time Mr. Morrissey
20  and Mr. Moran were the head of that group.
21     Q     Did you hear from any other members of
22  city council?
23     A     Yes, I did hear, yes.
24     Q     Who else?
```

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

```
1       A    Joe Cullen.
2       Q    How did you hear from him?
3       A    I believe we met in person, probably in
4    city hall.
5       Q    Approximately when was that?
6       A    It was prior to the job being eliminated.
7       Q    So sometime between April --
8       A    And July.
9       Q    July?
10      A    Yes.
11      Q    Was it a formal meeting?  I mean, did you
12   request that meeting, did he request that meeting?
13      A    No.  We had known each other for some
14   time.
15      Q    Was anybody else present?
16      A    Not that I recall, no.
17      Q    What took place at that meeting?
18      A    We had a conversation in regards that he
19   was going to make a proposal to city council to
20   reinstate my position or at least give me time to
21   attain an assistant building official's license and
22   that he at that point was asking for approximately
23   one year and if I would get the ABO license in one
24   year, then eliminate the electrical and make me ABO.
```

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

```
 1      A    Yes.  My first acquaintance with her, she
 2   was the mayor's executive secretary.
 3      Q    How would you characterize your
 4   relationship with Sandy?
 5      A    Very personal.
 6      Q    Are you still very friendly with her?
 7      A    Yes, I am.
 8      Q    Has Sandy Lorusso been politically active
 9   in the City of West Haven?
10      A    Absolutely.
11      Q    When you say absolutely, what do you mean?
12   How has she been active?
13      A    She's the organizer of many political
14   events.  She's been on the town committee for a
15   number of years, on and off, and she was the mayor's
16   secretary.
17      Q    Are you aware that Ms. Lorusso has filed
18   suit against the mayor in connection with the
19   termination of her employment with the City of West
20   Haven?
21      A    Yes, I am.
22      Q    Have you had discussions with her
23   concerning that litigation?
24      A    Yes.
```

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102