UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS REILLY, | CIVIL ACTION NO. |
| Plaintiff | 3:02 CV346(SRU) |
| vs. | |
| CITY OF WEST HAVEN AND H. RICHARD BORER, JR. | |
| Defendants | July 01, 2004 |

## AFFIDAVIT OF THOMAS REILLY

STATE OF CONNECTICUT    )
                        )
COUNTY OF NEW HAVEN     )

I, Thomas Reilly, being duly sworn and deposes and states as follows:

1. I make this Affidavit of my own knowledge and am competent to testify as to the facts set forth below.

2. I previously held the position of Electrical Inspector for the City of West Haven.

3. In 2001, I ran in the City of West Haven Democratic Primary for a position as the City Council. I ran on the ticket with John Picard at the Mayorial Candidate. The ticket was not endorsed by the Democratic Party in West Haven. Rather, the Democratic Party endorsed the ticket on which H. Richard Borer, Jr., who was West Haven's Mayor at that time, was the Mayorial Candidate.

4. I lost the Democratic Primary election held September 11, 2001.

5. Mayor Borer won the primary election held on September 11, 2001, for the Mayor of West Haven in November, 2001. Mayor Borer also was the general election in November 2001.

6. Mayor Borer made no secret of the fact that he planned to retaliate against me for having run in the Democratic Primary against the party-endorsed ticket which he headed by eliminating my position as Electrical Inspector.

7. In or around April 2002, Mayor Borer introduced a budget for 2002-03 which proposed that my position of Electrical Inspector be eliminated.

8. In response to Mayor Borer's proposal to eliminate my position, I sent a letter on or about April 14, 2002 to each of the member of the West Haven City Council requesting that my position be reinstated. In my letter I stated that "[t]here were rumors in the papers, friends and others all saying that the Mayor was going to eliminate my position. The Mayor told people he would eliminate my position, but to see it in print brings many emotions to the surface."

9. After receiving a copy of my letter, City Council Member Anna Cirillo (who has since passed away), contacted me by telephone. During our telephone conversation I told her that I believe that the only reason Mayor Borer had recommended that my position of Electrical Inspector be eliminated was "political pay-back" to get even with me because I ran on John Picard's ticket against the Mayor's ticket in the 2001 West Haven Democratic Party Primary. During our conversation, Ms. Cirillo told me that she was getting a lot of "flak" at the time from other political parties because she was considering supporting my request to reinstate my position as Electrical Inspector to the budget.

10. In response to my April, 2002 letter to City Council members, I also met with City Council member Joseph Cullen. During our meeting I also told Mr. Cullen that I believed that Mayor Borer recommended that my position as Electrical Inspector be eliminated from the 2002-03 budget to retaliate against me because I ran on the John Picard's ticket in the 2001 West Haven Democratic Primary against Mayor Borer's ticket.

_____
THOMAS REILLY

Subscribed and sworn to this
___21st___ day of June, 2004

_____
Notary Public/Commissioner of
The Superior Court