# Council OKs budget, restoring job cuts

**By Mark Zaretsky**
Register Staff

WEST HAVEN — The City Council adopted a $119.48 million budget for fiscal 2002-03 Thursday night after making scores of changes in the last month that pared $46,207 from Mayor H. Richard Borer Jr.'s recommended budget and restored 10 jobs Borer had cut.

The approved budget will require a city tax rate of 35.62 mills, a 1.54-mill increase over this year. That doesn't include what West Haven's three independent fire districts add on, which is combined with the city's tax rate to determine what property owners pay.

Borer's $119.53 million recommended budget would have required a tax rate of 35.65 mills.

Each mill represents $1 per $1,000 in assessed property value.

Eight of the 10 restored jobs were building maintenance positions. The council reversed Borer's decision to contract out building maintenance to a private firm, but restructured building maintenance in the process.

The council did not restore other controversial cuts that Borer critics charged had political overtones. Those included jobs held by Risk Manager Sandra Lorusso and Electrical Inspector Thomas Reilly — although both could "bump" into other positions.

Council members approved the budget by a 9-3 vote, with several members expressing concern about what they fear are overstated revenues and the city's ability to raise its tax collection rate to the 94 percent budgeted.

Among other things, the budget relies on the hiring of an outside tax collection firm to collect $3 million in back taxes.

"I have sincere and deep reservations about the overstating of revenues," particularly with regard to back tax collections and the 94 percent tax collection rate, said Councilman Brian Elliott, R-at-large, the only Republican on the 13-member council.

Council members Martha Bell, D-5, and James V. Arnendola Jr., D-7, joined Elliott in voting against the budget, with both expressing similar concerns. Councilman Leo "Butch" Arria, D-1, was absent.

But even though they voted for the budget, Anna Maria Cirillo, D-3, James O'Brien, D-6, and majority leader Joseph Cullen, D-9, echoed those reservations.

"I am extremely concerned about revenue and ... our ability to collect taxes," Cullen said. He said he would have preferred to raise taxes by a slightly higher amount and set money aside for contingency use for education.

Other council members said they didn't see how they could have raised taxes any more. Had the council done so, "I think we would be burdening residents," said Domenic Broccoli, D-4.

Borer, council Chairman James Morrisey, D-at-large, and Finance

Please see W. Haven, Page B2

---

**B2** New Haven Register

## W. HAVEN: OKs budget

Continued from Page B1

Committee Chairman David Cappetta, D-2, all said the projections are aggressive, but attainable.

With $23 million in unpaid real estate taxes, $15 million in unpaid motor vehicle taxes and $4 million in unpaid personal property taxes, "I think (the $3 million collection figure) is very conservative," Borer said.

"Why should we raise the taxes" for property owners "who already pay?" he asked. "I'd rather focus on the people who aren't paying taxes."

The presidents of West Haven's two largest unions, the West Haven Federation of Teachers and AFSCME Local 681 both said the budget disappointed them.

West Haven's increase comes in a year when communities all over the state are raising taxes because of decreasing state aid.

*Mark Zaretsky can be reached at mzaretsky@nhregister.com, or 789-5722.*