UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

```
**************************************
 THOMAS REILLY,                       *   CIVIL ACTION NO.
              PLAINTIFF               *    3:02CV1346 (SRU)
 VS.                                  *
                                      *
 CITY OF WEST HAVEN AND               *   JULY 15, 2004
 H. RICHARD BORER, JR.,               *
              DEFENDANTS              *
**************************************
```

## MOTION TO EXTEND TIME TO FILE DEFENDANTS' REPLY BRIEF

Pursuant to Local Rule 7(b), the Defendants in the above-captioned matter, by their attorney, hereby seek an extension of time of 14 days, up to and including August 2, 2004 within which to file their reply to the Plaintiff's Memorandum of Law in Opposition to the Defendants' Motion for Summary Judgment.  The additional time is requested because the Defendants currently anticipate that they will obtain affidavits from certain witnesses in response to the claims made by the Plaintiff in his Memorandum of Law. The additional time will permit the Defendants to obtain the affidavits. This is the Defendants' first request for an extension of time. Counsel for the Defendants has spoken to Plaintiff's counsel who has indicated that he has no objection to the granting of this motion.

        THE DEFENDANTS,
        CITY OF WEST HAVEN AND
        H. RICHARD BORER, JR.


        By:_____
         Jennifer L. Schancupp
         Federal Bar No. ct11876
         Susman, Duffy & Segaloff, P.C.
         55 Whitney Avenue
         P.O. Box 1684
         New Haven, CT 06507

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

<u>Counsel for the Plaintiff</u>
Gary Phelan, Esq.
Gary Phelan, LLC
433 S. Main St., Suite 102
West Hartford, CT 06110

<u>Co-counsel for the Defendants</u>
Michael P. Farrell, Esq.
201 Center Street
West Haven, CT 06516

                                                                                                _____
                                                                                               Jennifer L. Schancupp, Esq.

I:\Client U_Z\West Haven\Reilly\pleadings\Mot Extend Time to File Reply Brief.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505