UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| THOMAS REILLY, | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 3:02CV1346 (SRU) |
| VS. | * | |
| | * | |
| CITY OF WEST HAVEN AND | * | AUGUST 2, 2004 |
| H. RICHARD BORER, JR., | * | |
| DEFENDANTS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO STRIKE MATERIALS SUBMITTED BY PLAINTIFF IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

The Defendants in the above-captioned matter, by their attorney, hereby move to strike the following materials (or portions thereof) submitted by the Plaintiff in opposition to the Defendants Motion for Summary Judgment:

1. The Newspaper article from the New Haven Register (undated), entitled Council Oks Budget, Restoring Job Cuts attached as Exhibit 5 to the Plaintiff s Response to the Defendants Motion for Summary Judgment. The references in the Plaintiff s Memorandum of Law to a purported newspaper article from the West Haven Voice dated April 11, 2002. (pp. 2,7 and 9 of the Plaintiff s Memorandum of Law). Both of these newspaper clippings are inadmissible hearsay and thus improperly considered in ruling on the motion for summary judgment.

2. Paragraph 6 of the Plaintiff s Affidavit, attached as Exhibit 4 to the Plaintiff s Response to the Defendants Motion for Summary Judgment. This paragraph is conclusory and thus fails to comport with Fed. R. Civ. P. 56(e).

ORAL ARGUMENT REQUESTED

    3. Paragraphs 4 and 6 of the Plaintiff's Statement of Disputed Material Facts. These paragraphs fail to cite to any evidence supporting the statements and thus fail to comply with Local Rule 56(a)(2).

    4. Statements allegedly made by State Representative, Louis Esposito; Pl. Memo., p. 2; Compl. ¶ 9; and Commissioner of Planning & Zoning, James Hill, regarding statements made by Mayor Borer. Paragraph 7 of the Plaintiff's Statement of Disputed Material Facts; Compl. ¶ 17; Pl. Memo., p. 3. These statements are inadmissible hearsay and thus not properly considered in ruling on the motion for summary judgment.

                                                THE DEFENDANTS,
                                                CITY OF WEST HAVEN AND
                                                H. RICHARD BORER, JR.

                                                By:_____
                                                   Jennifer L. Schancupp
                                                   Federal Bar No. ct11876
                                                   Susman, Duffy & Segaloff, P.C.
                                                    55 Whitney Avenue
                                                    P.O. Box 1684
                                                   New Haven, CT 06507

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this day, via first class mail, postage prepaid, to the following:

<u>Counsel for the Plaintiff</u>
Gary Phelan, Esq.
Outten & Golden, LLP
Four Landmark Square, Suite 201
Stamford, CT 06901

<u>Co-counsel for the Defendants</u>
Michael P. Farrell, Esq.
201 Center Street
West Haven, CT 06516

                                                                                                    Jennifer L. Schancupp, Esq.

I:\Client U_Z\West Haven\Reilly\pleadings\Mot to Strike materials in opposition to MSJ.wpd

SUSMAN, DUFFY & SEGALOFF, P.C.  " ATTORNEYS AT LAW
P.O.BOX 1684  "NEW HAVEN,CONNECTICUT 06507  "(203)624-9830  "JURIS NUMBER 62505