

**CITY OF WEST HAVEN, CONNECTICUT**

DEPARTMENT OF LABOR RELATIONS
AND PERSONNEL

RALPH DeLUCCA, Jr.
DIRECTOR

# BUMPING POLICY

In the event of layoffs, phasing out of jobs or the abolishment of jobs, there shall be bargaining unit wide bumping privileges. All employee bumping must take place through the City Department of Personnel.

The bumping employee must have more seniority than the employee being bumped. All bumps must be to a lateral or lower job classification. The employee bumping into a position must have the basic qualifications for the position as stated in the job description for that position.

Management shall determine whether the employee seeking to bump into a position is qualified to bump into the position. Management shall have the right to test the employee to determine if the employee is qualified for the position.

If at any time during the bumping process it is determined that the employee does not possess the necessary qualifications to bump into a position, then no bump shall be considered to have taken place and the employee may select another position to bump for which the employee does possess the qualifications.

If an employee does bump into a position for which he or she is qualified, as set out in this policy, and it is determined that the employee cannot perform the duties required in that position, then the employee shall be terminated for inability to perform the job.

