

# CITY OF WEST HAVEN, CONNECTICUT

### DEPARTMENT OF LABOR RELATIONS
### AND PERSONNEL

RALPH DeLUCCA, Jr.
DIRECTOR

June 14, 2002

Thomas E. Reilly
Electrical Inspector
Department of Planning
City of West Haven

Dear Mr. Reilly:

      This is to inform you that your request to bump into the position of Highway Maintenance Superintendent has been denied because the Electrical Inspector is a lower classification. As per the union contract, Article 14, Section 1, all bumps must be a lateral or lower classification.

Sincerely,

*Ralph DeLucca*

Ralph DeLucca Jr.
Director of Personnel/Labor Relations