

# CITY OF WEST HAVEN, CONNECTICUT

## DEPARTMENT OF LABOR RELATIONS AND PERSONNEL

RALPH DeLUCCA, Jr.
DIRECTOR

June 18, 2002

Mark Bisaccia
Local 1103, Union Rep
City of West Haven

Dear Mark,

    Enclosed please find Job Descriptions for Assistant to the Commissioner of Public Works. One is the old job description and the other is the new proposed job description, which I am submitting for the Unions approval. I hope you can get this approved soon for I would like to post it as quickly as possible.

    I am still waiting to hear from you on the revised job description for the new Risk/Procurement Manager in the Finance Department, which was submitted to the Union on June 3, 2002.

    If you have any questions please feel free to contact my office.
Sincerely,

*[signature]*

Ralph DeLucca Jr.
Director of Personnel/Labor Relations

TITLE: Assistant to the Commissioner

DEPARTMENT: Public Works - Administration Section

SUPERVISOR: Commissioner of Public Works

GENERAL STATEMENT OF DUTIES: Maintains employee records, processes payroll, and initiates purchase orders; under the direction of the Commissioner, assists in preparing annual department budget requests and other required reports

EXAMPLE OF DUTIES:
- Processes weekly payroll submission sheets
- Records employee status, sick leave and vacation time
- Analyze periodic budget reports
- Maintains records of expenditures of Town Aid Fund
- Reviews and oversees payroll and budget for Engineering section and Water Pollution Control Plant
- Assists the Commissioner in preparing annual budget and controlling expenditure of same
- Prepares purchase orders for Highway, Tree, Maintenance, and Administrative Sections and processes same for payment
- Maintains records related to Condominium Reimbursement Account
- Supervises Administrative Section clerical staff (sets priorities and work schedules including vacation and other planned absences)
- Coordinates record keeping for all emergency public works operations and provides necessary liaison with other local, state and federal agencies regarding same where appropriate (e.g. F.E.M.A., snow emergency, etc.)
- Administers ten year street lighting plan and processes citizens' request of same
- Transmits Commissioner's directives as necessary

SUPERVISION RECEIVED: From Commissioner of Public Works

SUPERVISION EXERCISED: Supervises clerical staff within Public Works - Administrative Section

-EDUCATION REQUIRED: High School Graduate

EXPERIENCE AND ABILITIES REQUIRED:

- Knowledge of accounting procedures
- Knowledge of municipal purchasing and budget preparation procedures
- Ability to deal effectively and in a courteous manner with public

JAN 20, 1988

*Ralph [signature]*

*Louis J. [signature]*

**TITLE: ASSISTANT TO COMMISSIONER**

**DEPARTMENT: PUBLIC WORKS -- ADMINISTRATION**

**GENERAL DESCRIPTION**
This is highly responsible supervisory and administrative work assisting the Commissioner of Public Works in the maintenance and servicing of public streets, parks and storm sewers and directly supervising the support staff of the department.

This position also has the responsibility for making difficult public works operations decisions and service delivery decisions in the absence of the Commissioner of Public Works. Work requires that the employee have considerable knowledge, skill and ability in all public works operations.

**EXAMPLES OF DUTIES**
Assists in the planning and diverting of all public works activities. In the absence of the Commissioner of Public Works coordinates activities among public works divisions and with other departments and agencies.

Oversee the requisitioning of supplies and materials and supervises the departments purchasing operations.

Assist in the preparation of the department's budget and in controlling expenditures within fund allocations.

Trains administrative support staff in payroll, dealing with the public, record management, purchasing and related duties.

Coordinates department operations and personnel, materials and equipment necessary for projects.

Oversees the processing of weekly payroll.

Supervises administrative and clerical staff, sets priorities and work schedules including vacation and all other planned absences.

Coordinates record keeping for all emergency public works operations and provides necessary liaison with other local, state and federal agencies regarding same where appropriate (e.g. FEMA, Snow Emergency, etc.).

May at times, due to absenteeism, fill in for other supervisors within the Department of Public Works.

**TITLE: ASSISTANT TO COMMISSIONER** - page 2

**SUPERVISION RECEIVED**
Works under the direction of the Commissioner of Public Works.

**SUPERVISION EXERCISED**
Supervises all office staff. In the absence of Commissioner may supervise other public works employees.

**KNOWLEDGE, SKILLS AND ABILITY**
Considerable knowledge of established principles and practices of public works administration.

Considerable knowledge of geography, public works facilities, services and operation of the city.

Must be computer literate.

Considerable ability to communicate effectively, orally and in writing.

Considerable ability to establish and maintain effective working relationships with supervisors, associates, subordinates, contractors, officials of other agencies and the general public.

Good ability to plan, develop, and assist in the implementation of programs for the department and to supervise the activities of a large number of employees.

**EDUCATION REQUIRED:**
High School Graduate or equivalent, plus five years experience working in a public administrative office including at least two years in a supervisory capacity or an equivalent combination of education and qualifying experience

**SPECIAL REQUIREMENTS:**
Must have a valid CT Driver's License.

**PHYSICAL DEMANDS:**
The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. Work is performed mostly in office settings. Some outdoor work is required in the inspection of various land use developments, construction sites, or public works facilities. Hand-eye coordination is necessary to operate computers and various pieces of office equipment. While performing the duties of this job, the employee is occasionally required to stand, walk, use hands to finger, handle, feel or operate objects, tools, or controls, and reach with hands and arms. The employee is occasionally required to sit, climb or balance, stoop, kneel, crouch, or crawl, talk or hear, and smell. The employee must occasionally lift and/or move up to 25 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, peripheral vision, depth perception, and the ability to adjust focus.

## TITLE: ASSISTANT TO COMMISSIONER - page 3

**WORK ENVIRONMENT:**
The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee occasionally works in outside weather conditions. The employee occasionally works near moving mechanical parts and in high, precarious places and is occasionally exposed to wet and/or humid conditions, fumes or airborne particles, toxic or caustic chemicals, risk of electrical shock, and vibration. The noise level in the work environment is usually quiet to moderate.

**GENERAL GUIDELINES:**
The duties listed above are intended only as illustrations of the various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related or a logical assignment to the position.

The job description does not constitute an employment agreement between the employer and employee and is subject to change by the employer as the needs of the employer and requirements of the job change.