*Melinda Fowler*

# JOB POSTING - LOCAL 1103

In compliance with Article 37 of the Working Agreement between the City of West Haven and Communication Workers of America, Local 1103, the following Job opening is being posted:

**DATE POSTED:** July 9, 2002

**DEPARTMENT:** Public Works

**POSITION:** Assistant to Commissioner of Public Works

**STARTING PAY:** $44,866 annually Step I

QUALIFICATIONS:

High School Diploma or equivalent plus five (5) years experience working in a public administrative office including at least two years in a supervisory capacity or an equivalent combination of education and qualifying experience. Must have a valid CT drivers License.

All employees, male and female, who feel they have the qualifications, are encouraged to apply.
**All applications must be submitted in writing within five (5) working days from this posting.**

Ralph DeLucca Jr. _____/s/ Ralph DeLucca/_____
Director of Personnel & Labor Relations

**July 16, 2002**

PLEASE RETURN TO PERSONNEL ON _____