

# CITY OF WEST HAVEN, CONNECTICUT

## DEPARTMENT OF LABOR RELATIONS AND PERSONNEL

RALPH DeLUCCA, Jr.
DIRECTOR

July 10, 2002

Arthur Ferris
Commissioner of Public Works
City of West Haven

Dear Mr. Ferris:

This is to inform you that there were four letters of interest on the posting for the position of Assistant to the Commissioner of Public Works.

| | |
|---|---|
| Larry Esposito | 7-5-83 |
| Mark Bisaccia | 5-9-88 |
| Tom Conroy | 5-1-95 |
| Tom Reilly | 12-18-95 |

There was also interest shown by two Local 681 employees and only as a courtesy I am including their names:

| | |
|---|---|
| Charlene Morgal | 11-5-84 |
| Melinda Fonda | 08-21-00 |

Please interview and let me know your decision as soon as possible.

Sincerely,

*Ralph De Lucca Jr.*

Ralph DeLucca Jr.
Director of Personnel/Labor Relations