**TITLE: RISK/PROCUREMENT MANAGER**

**DEPARTMENT: FINANCE**

**GENERAL DESCRIPTION**

Performs responsible administrative and supervisory work of involved with all aspects of procurement including property, casualty liability, worker's compensation and other insurance. Supervises assigned staff in purchasing and benefits clerical administration.

**EXAMPLES OF DUTIES**

Coordinates tasks relating to the purchasing process with City departments, offices and agencies in accordance with City Purchasing Ordinance and the Charter.

Coordinates risk management activities with insurers and regulatory agencies, creating and maintaining programs for loss control and risk management.

Approves bid specifications and general conditions for the bidding process for City projects.

Evaluates and reviews bid proposals for charter and ordinance compliance, compiling recommendations for award.

Negotiates agreements, procedures and policies with insurers and regulatory agencies. Prepares bid specs.

Conducts safety reviews of municipal properties, gathers information on losses and accidents and serves as the City's Safety Officer.

Participates in negotiation and settlement of claims.

Develops programs for purchasing efficiency, delivery performance and cost effectiveness.

Maintains active oversight of Worker's Compensation injuries to assure earliest return to work.

**ADDITIONAL DUTIES**

Coordinates Central Service activities.

## TITLE: RISK/PROCUREMENT MANAGER - page 2

### KNOWLEDGE, SKILLS AND ABILITIES

Bachelor's Degree in Business related areas and experience demonstrating increasingly responsible purchasing activity.

Analytical ability to review specifications, bid quotations and RFP's and recommend the most economical course of action.

Understanding of Worker's Comp insurance, issues and practices. Considerable ability to communicate orally and in writing to resolve issues.

An ability to administer policies and procedures, including planning, routine decision making and activity coordination.

Willingness to get involved with issues, communicate to appropriate personnel and strive for solutions with all safety and claim issues.

### QUALIFICATIONS

Bachelor's Degree in Business, advanced course work desirable but may be set aside due to experience in Purchasing or Insurance Management.

### PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. While performing the duties of this job, the employee is frequently required to sit and talk and listen. The employee occasionally required to walk; use hands to finger, handle, or operate office equipment; and reach with hands and arms. The employee must occasionally lift and/or move up to 10 pounds. Specific vision abilities required by this job include close vision and the ability to adjust focus.

### WORK ENVIRONMENT

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. The work is primarily conducted in typical office surroundings with virtually no disagreeable working conditions. When the employee is required to be in the warehouse (approximately once each week for a limited time) there are some unfavorable conditions present, such as dirt, dim lighting, dampness and depending upon the season hot or cold. temperatures. The noise level in the office is generally quiet and moderately loud in the field.

## TITLE: RISK/PROCUREMENT MANAGER - page 3

### GENERAL GUIDELINES

The duties listed above are intended only as illustrations of the various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related or a logical assignment to the position.

The job description does not constitute an employment agreement between the employer and employee and is subject to change by the employer as the needs of the employer and requirements of the job change.

*7/22/02*

*[signatures]*