

PD
3700

# JOB POSTING - LOCAL 1103

In compliance with Article 37 of the Working Agreement between the City of West Haven and Communication Workers of America, Local 1103, the following Job opening is being posted:

**DATE POSTED:**    July 23, 2002

**DEPARTMENT:**    Finance

**POSITION:**    Risk/Procurement Manager

**STARTING PAY:**    $56,200. Top Step Annually

QUALIFICATIONS:

Bachelor's degree in Business, advanced course work desirable but may be set aside due to experience in Purchasing or Insurance Management.

All employees, male and female, who feel they have the qualifications, are encouraged to apply.
**All applications must be submitted in writing within
five (5) working days from this posting.**

Ralph DeLucca Jr. _____
Director of Personnel & Labor Relations

                                        **July 30, 2002**
PLEASE RETURN TO PERSONNEL ON _____