1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

THOMAS REILLY,                CIVIL ACTION NO. 302CV1346
      PLAINTIFF

   VS.
                                JANUARY 15, 2004
CITY OF WEST HAVEN and
H. RICHARD BORER JR.
Individually and in his
Capacity as Mayor of West Haven,
      DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF THOMAS REILLY

APPEARANCES:

   FOR THE PLAINTIFF:

      GARY PHELAN, LLC.
      433 South Main Street
      West Hartford, Connecticut 06110
        By:  TANYA WOLANIC, ATTORNEY

   FOR THE DEFENDANTS:

      SUSMAN, DUFFY & SEGALOFF
      55 Whitney Avenue
      New Haven, Connecticut 06507
        By:  JENNIFER L. SCHANCUPP, ATTORNEY

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

1           . . .Deposition of THOMAS REILLY,
2    taken on behalf of the Defendants in the above-
3    entitled cause, wherein Thomas Reilly is Plaintiff
4    and City of West Haven, Et Al, are Defendants,
5    pending in the United States District Court,
6    District of Connecticut, pursuant to notice, before
7    Walter J. Krzepek, a Notary Public in and for the
8    State of Connecticut, County of New Haven, held on
9    January 15, 2004, at 10:25 o'clock A.M., at Susman,
10   Duffy & Segaloff, 55 Whitney Avenue, New Haven,
11   Connecticut, at which time the parties were
12   represented as hereinbefore set forth. . .
13
14
15
16                       STIPULATIONS
17
18           All objections, except as to form,
19   are reserved for the trial.
20           Reading and signing of the deposition
21   are not waived.
22           Formalities as to notice and proof of
23   the Notary Public are waived.
24

6

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

1    doing the wire-tapping.
2        Q    What's the highest level of education that
3    you attained?
4        A    I got a GED from -- I completed 12 years
5    of school and ended up getting a GED diploma.
6        Q    Have you had any post-high school
7    education?
8        A    Yes.  I just graduated from the Department
9    of Public Safety School for ABO, to be a licensed
10   ABO.
11       Q    When was that?
12       A    December 9th.
13       Q    Of this year?
14       A    Of this year.
15       Q    December 9th, I'm sorry, of 2003?
16       A    Of 2003.
17       Q    Why don't you take me through your
18   employment history?
19            You're currently employed by the City
20   of West Haven?
21       A    Yes, I am.
22       Q    I understand you've been employed by the
23   City of West Haven since 1995?
24       A    That's correct.

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

```
                                                          10
                  DEPOSITION OF THOMAS REILLY
                       JANUARY 15, 2004

 1          Q    T-R-A-C-Y or C-E-Y?

 2          A    C-Y.

 3          Q    What did she tell you?

 4          A    She informed me that the city was looking

 5     for an electrical inspector.

 6          Q    How do you know Mary Tracy?

 7          A    Through my volunteer service for the City

 8     of West Haven.

 9          Q    Prior to 1995, what was your volunteer

10     service for the City of West Haven?

11          A    I was involved with the fireworks

12     committee, the holiday festivities committee,

13     council of the arts.

14          Q    What did you do, what was your volunteer

15     service?

16          A    Anything that needed to be done manually

17     in the construction trade, they would ask me to see

18     if I could get it done for them.

19          Q    Give me some examples?

20          A    Tree lighting; raising money for, you

21     know, setting tents; anything of that nature.

22          Q    Are you married?

23          A    Yes.

24          Q    Do you have children?
```

23
DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

```
1      Q    Who appointed you as Inland Wetlands
2    Commissioner?
3      A    Mayor Borer.
4      Q    I take it that appointment would need the
5    approval of city council?
6      A    No.
7      Q    No?  Okay.  So he just appoints you and
8    it's a done deal?
9      A    On that particular board.
10     Q    For the position of Commissioner of Inland
11   Wetlands?
12     A    Yes.
13     Q    One of the allegations that you make in
14   your complaint concerns the holiday festivities
15   committee for the City of West Haven.  What is that
16   committee?
17     A    The holiday festivities committee was a
18   take-off of the arts council and it was to provide
19   entertainment, relaxation, recreational events for
20   the citizens of West Haven.
21     Q    Such as?
22     A    Fireworks committee, Savin Rock Festival,
23   concerts on the green and anything else the mayor
24   would want done, he would contact us.
```

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

24
DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

```
1        Q    I believe you testified earlier that you
2   had done volunteer services for the City of West
3   Haven on a committee for the arts and holiday
4   festivities.
5                  So you're saying that the committee
6   for the arts grew into the holiday festivities
7   committee?
8        A    Shortly after the mayor took office.
9        Q    Mayor Borer?
10       A    Mayor Borer, he did away with the arts
11  council.
12       Q    And it became the functions of the arts
13  council?
14       A    Came under the auspicious of the holiday
15  festivities.
16       Q    Your involvement with the arts council,
17  when do you date that back to approximately?
18       A    Probably '93.
19       Q    The holiday festivities committee, how are
20  the members of that committee selected?
21       A    I gave the mayor a list of people.
22       Q    You did?
23       A    (Nodding in the affirmative.)
24       Q    When was that?
```