UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 10 A 9: 25

THOMAS REILLY,

    Plaintiff

v.

CITY OF WEST HAVEN and H.
RICHARD BORER, JR.

    Defendants

CIVIL ACTION NO.

3:02CV1346 (SRU)

September 9, 2004

**PLAINTIFF'S MOTION FOR PERMISSION TO RESPOND BY SEPTEMBER 24, 2004 TO THE DEFENDANT'S MOTION TO STRIKE MATERIALS SUBMITTED BY PLAINTIFF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff moves for permission to: (1) respond to the defendants' motion to strike material submitted by plaintiff in opposition to defendants' Motion for Summary Judgment and (2) if granted, extend the deadline to respond to the defendants' motion to strike until September 23, 2004.

The undersigned counsel did receive by regular mail the defendants Reply Memorandum in Support of its Motion for Summary Judgment dated August 2, 2004. However, plaintiff's counsel did not realize until today that a motion to strike material was also enclosed with defendants' reply memorandum of law.

Defendants' attorney, Jennifer L. Schancupp, represented that the defendants do not object to the plaintiff's motion for permission to respond on or before September 24, 2004 to the defendant's matter to strike material. This is the plaintiff's first request for an extension to respond to the motion to strike.

THE PLAINTIFF,

THOMAS REILLY

By **/s/ Gary Phelan**
Gary Phelan (CT 03670)
Outten & Golden LLP
Four Landmark Square
Suite 201
Stamford, CT 06901
(203) 363-7888

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first-class, postage prepaid on September 9, 2004 to:

>Jennifer L. Schancupp, Esq.
>Susman, Duffy & Segaloff, P.C.
>55 Whitney Avenue
>PO Box 1684
>New Haven, CT 06507
>
>Michael P. Farrell, Esq.
>201 Center Street
>West Haven, CT 06516

_____
Gary Phelan