UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 15 A 9:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

THOMAS REILLY,

   Plaintiff

v.

CITY OF WEST HAVEN and H.
RICHARD BORER, JR.

   Defendants.

CIVIL ACTION NO.:
302CV1346 (SRU)

December 13, 2004

## PLAINTIFF'S MOTION TO POSTPONE DATE OF ORAL ARGUMENT UNTIL AFTER JANUARY 15, 2005

The Plaintiff, Thomas Reilly, moves to postpone the date of the oral argument presently scheduled for December 21, 2004 at 10:30 a.m. until a date after January 15, 2005.

Plaintiff's counsel is scheduled to be in a deposition on December 21st in a five-plaintiff case in Jordan v. Pfizer, 3:03 CV 1630 (MRK). The parties presently have approximately 17 depositions that will be taken between this Thursday, December 16, 2004 and the January 15, 2005 discovery deadline. Due to the difficulties the parties have had accommodating the conflicting schedules and holiday vacations of both the lawyers and deposition witnesses, the parties will need to proceed with the deposition of one of the plaintiffs on December 21st. I have not been able to get a replacement to cover the December 21st deposition for me.

Defendant's counsel, Jennifer Schancupp, represented that the defendant does not oppose the plaintiff's request to reschedule the oral argument. This is the plaintiff's first request to postpone the oral argument in this matter.

THE PLAINITFF,

By _____
Gary Phelan (CT 03670)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203)363-7888

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was mailed, first-class, postage prepaid, on December 13, 2004 to:

Jennifer L. Schancupp
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
PO Box 1684
New Haven, CT 06507

Michael P. Farrell, Esq.
201 Center Street
West Haven, CT 06516

                                                                               _____
                                                                                  Gary Phelan