UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS REILLY, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02cv1346 (SRU) |
| | : | |
| CITY OF WEST HAVEN and | : | |
| H. RICHARD BORER, JR., | : | |
|     Defendants. | : | |

**ORDER**

Thomas Reilly has sued his employer, the City of West Haven and West Haven Mayor H. Richard Borer, Jr. He seeks money damages and equitable relief pursuant to 42 U.S.C. § 1983 and Conn. Gen. Stat. § 31-51q. The defendants have moved for summary judgment and to strike materials submitted by the plaintiff. Oral arguments were scheduled for December 21, 2004. They were postponed at the request of the plaintiff and will be rescheduled, if necessary.

In response to the defendants' summary judgment motion, Reilly filed a "Local Rule 9(c)1 Statement."[1] He admitted the facts set forth in the defendants' Rule 9(c)1 Statement and listed additional material facts that are disputed. Reilly did not, however, cite to evidence or affidavits of witnesses competent to testify at trial for each disputed fact. Local Rule 56(a)3 requires:

> Each statement of material fact by a movant in a Local Rule 56(a)1 statement or by an opponent in a Local Rule 56(a)(2) Statement, must be followed by a specific citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial. . . . Counsel . . . are hereby notified that failure to provide specific citations to evidence in the record as required by this Local Rule may result in sanctions,

---

[1] Former Local Rule 9(c) is now codified as Local Rule 56(a). Rule 56(a) was in effect in 2004 when the defendants moved for summary judgment and the parties filed their statements. Rule 56(a) differs from Rule 9(c) and imposes further requirements.

   including, when the movant fails to comply, an order denying the motion for summary judgment, and when the opponent fails to comply, an order granting the motion.

Conn. L. R. 56(a)3.

  The plaintiff is hereby ordered to file a 56(a)2 Statement by February 23, 2005, citing evidence from the record as required by the local rule.

  Dated at Bridgeport, Connecticut, this 8th day of February 2005.

                /s/ Stefan R. Underhill
                Stefan R. Underhill
                United States District Judge