UNITED STATES DISTRICT COURT  
DISTRICT OF CONNECTICUT

FILED

2005 FEB 18  A 11: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

THOMAS REILLY,

      Plaintiff

v.

CITY OF WEST HAVEN and H.
RICHARD BORER, JR.

      Defendants.

CIVIL ACTION NO.:

3:02CV1346 (SRU)

February 18, 2005

## PLAINTIFF'S UNOPPOSED MOTION FOR PERMISSION TO SUPPLEMENT THE RECORD

On February 8, 2005, the court issued an order instructing the plaintiff to file a Rule 56(a)(2) statement by February 23, 2005 citing evidence from the record as required by the Local Rule. The plaintiff moves for permission to supplement the record when the plaintiff files his response on February 23, 2005. Defendant's counsel, Jennifer Schancupp, does not oppose the plaintiff's motion to supplement the record as long as she is permitted to respond by March 16, 2005 to any new evidence that is submitted by the plaintiff.

THE PLAINITFF,

By _____
Gary Phelan (CT 03670)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203)363-7888

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing was mailed, first-class, postage prepaid, on February 18, 2005 to:

Jennifer L. Schancupp
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
PO Box 1684
New Haven, CT 06507

_____
Gary Phelan