UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 23  A 10: 01
US DISTRICT COURT
BRIDGEPORT CONN

| | |
|---|---|
| THOMAS REILLY, | CIVIL ACTION NO.: |
| Plaintiff | 302CV1346 (SRU) |
| v. | |
| CITY OF WEST HAVEN and H. RICHARD BORER, JR. | |
| Defendants. | February 22, 2005 |

### REPLY TO FEBRUARY 8, 2005 ORDER INSTRUCTING PLAINTIFF TO CITE EVIDENCE FROM THE RECORD

On February 8, 2005, the court issued an order stating that the plaintiff did not cite to evidence or affidavits of witnesses competent to testify at trial for each disputed fact. The court ordered the plaintiff to file a Rule 56(a)2 statement by February 23, 2005 citing evidence from the record. On February 18, 2005, the plaintiff filed with the court an unopposed Motion to Supplement the Evidence in the record. The plaintiff has annexed the Local Rule 56(a)2 statement along with the evidence from the record (as supplemented) upon which he is relying.

THE PLAINTIFF

By: _____
Gary Phelan, Esq. (CT 03670)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203)363-7888

## Certificate of Service

I certify that a copy of the foregoing was mailed on February 22, 2005, via first class mail, postage prepaid to:

Jennifer L. Schancupp
Susman, Duffy & Segaloff
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507

_____
Gary Phelan