**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2005 FEB 23 P 1: 18

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

THOMAS REILLY,

        Plaintiff

v.

CITY OF WEST HAVEN and H.
RICHARD BORER, JR.

        Defendants.

CIVIL ACTION NO.

302CV1346 (SRU)

February 22, 2005


**PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT**


Disputed Material Facts:

1.    Before deciding to eliminate the plaintiff's position as Electrical Inspector from
the 2002-03 budget, the City of West Haven City Council knew that Thomas
Reilly believed that the reason Mayor Borer recommended that his position be
eliminated was to retaliate against him because he ran for City Council in the
City of West Haven's 2001 Democratic Primary on a ticket that ran against the
ticket headed by Mayor H. Richard Borer, Jr.
    *See* **Exhibit 1** (Reilly Affidavit at ¶8-9); **Exhibit 2** (April 14, 2002 Letter);
    **Exhibit 3** (Reilly Deposition Transcript ("Dep. Tr.") at 78-79); **Exhibit 4**
    (New Haven Register Article).

2.    Mayor Borer recommended that the plaintiff's position as Electrical Inspector
be eliminated from the 2002-03 budget to retaliate against the plaintiff because
he ran for City Council in the 2001 Democratic Primary against the ticket which
Mayor Borer headed.
    *See* **Exhibit 1** (Reilly Affidavit ¶6); **Exhibit 5** (Dep. Tr. at 129).

3.    Mayor Borer did retaliate against the plaintiff because he ran for City Council in
the 2001 Democratic Primary against the ticket headed by Mayor Borer by
removing plaintiff from the fireworks, the Savin Rock Festival and the Holiday
Festival.
    *See* **Exhibit 2** (April 14, 2002 Letter); **Exhibit 6** (Dep. Tr. at 90, 101-103).

4.    Plaintiff told City Council members Joseph Cullen and Anna Cirillo before the
City Council voted to eliminate his position from the 2002-03 budget that he

believed Mayor Borer recommended that his position be eliminated to retaliate against him because he ran for City Council in the 2001 Democratic Primary against the ticket headed by Mayor Borer.
 *See* **Exhibit 1** (Reilly Affidavit ¶ 9-10); **Exhibit 3** (Dep. Tr. at 78-79).

5. Shortly before voting on the question of whether to eliminate plaintiff's position from the 2002-03 budget, City Council member Anna Cirillo told Thomas Reilly she was getting a lot of "flak" from other political parties if she supported Mr. Reilly's attempt to reinstate his position.
 *See* **Exhibit 1** (Reilly Affidavit ¶9); **Exhibit 3** (Dep. Tr. at 78-79).

6. In addition to retaliating against plaintiff, Mayor Borer also retaliated against Sandra Larusso, his former secretary for seven (7) years and The Risk Manager in the Financial Department, because she supported Mayor Borer's opponent, John Picard, in the 2001 Democratic Primary.
 *See* **Exhibit 1** (Reilly's Affidavit ¶ 9); **Exhibit 7** (Dep. Tr. at 114).

7. Mayor Borer warned the Commissioner of Planning and Zoning, James Hill, not to oppose Mayor Borer's proposed to eliminate plaintiff's position from the Budget because Mr. Hill's job "was expendable as well."
 *See* **Exhibit 8** (Dep. Tr. at 118).

8. After plaintiff's job was eliminated on July 1, 2002, he was entitled under the City's Collective Bargaining Agreement to "bump" into a lateral or lower classification position. However, the City of West Haven altered the requirements of every position to exclude him from consideration. Mr. Reilly sought to disqualify him from those positions as part of the City of West Haven's retaliation against him. Those positions included the Highway Maintenance Superintendent, Assistant to the Commission of Public Works and Risk/Procurement Manager.
 *See* **Exhibit 9** (Dep. Tr. at 45 -56, 62-75).

THE PLAINTIFF

By: _____
Gary Phelan, Esq. (CT 03670)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203)363-7888

**Certificate of Service**

I certify that a copy of the foregoing was mailed on February 22, 2005, via first class mail, postage prepaid to:

Jennifer L. Schancupp
Susman, Duffy & Segaloff
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507


Gary Phelan