UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS REILLY,

    Plaintiff

vs.

CITY OF WEST HAVEN
AND H. RICHARD BORER, JR.

    Defendants

CIVIL ACTION NO.
3:02 CV346(SRU)

July 01, 2004

## AFFIDAVIT OF THOMAS REILLY

STATE OF CONNECTICUT    )
    )
COUNTY OF NEW HAVEN    )

I, Thomas Reilly, being duly sworn and deposes and states as follows:

1. I make this Affidavit of my own knowledge and am competent to testify as to the facts set forth below.

2. I previously held the position of Electrical Inspector for the City of West Haven.

3. In 2001, I ran in the City of West Haven Democratic Primary for a position as the City Council. I ran on the ticket with John Picard at the Mayorial Candidate. The ticket was not endorsed by the Democratic Party in West Haven. Rather, the Democratic Party endorsed the ticket on which H. Richard Borer, Jr., who was West Haven's Mayor at that time, was the Mayorial Candidate.

4. I lost the Democratic Primary election held September 11, 2001.

5. Mayor Borer won the primary election held on September 11, 2001, for the Mayor of West Haven in November, 2001. Mayor Borer also was the general election in November 2001.

6. Mayor Borer made no secret of the fact that he planned to retaliate against me for having run in the Democratic Primary against the party-endorsed ticket which he headed by eliminating my position as Electrical Inspector.

7. In or around April 2002, Mayor Borer introduced a budget for 2002-03 which proposed that my position of Electrical Inspector be eliminated.

8. In response to Mayor Borer's proposal to eliminate my position, I sent a letter on or about April 14, 2002 to each of the member of the West Haven City Council requesting that my position be reinstated. In my letter I stated that "[t]here were rumors in the papers, friends and others all saying that the Mayor was going to eliminate my position. The Mayor told people he would eliminate my position, but to see it in print brings many emotions to the surface."

9. After receiving a copy of my letter, City Council Member Anna Cirillo (who has since passed away), contacted me by telephone. During our telephone conversation I told her that I believe that the only reason Mayor Borer had recommended that my position of Electrical Inspector be eliminated was "political pay-back" to get even with me because I ran on John Picard's ticket against the Mayor's ticket in the 2001 West Haven Democratic Party Primary. During our conversation, Ms. Cirillo told me that she was getting a lot of "flak" at the time from other political parties because she was considering supporting my request to reinstate my position as Electrical Inspector to the budget.

10. In response to my April, 2002 letter to City Council members, I also met with City Council member Joseph Cullen. During our meeting I also told Mr. Cullen that I believed that Mayor Borer recommended that my position as Electrical Inspector be eliminated from the 2002-03 budget to retaliate against me because I ran on the John Picard's ticket in the 2001 West Haven Democratic Primary against Mayor Borer's ticket.

_____
THOMAS REILLY

Subscribed and sworn to this
__26st__ day of June, 2004

_____
Notary Public/Commissioner of
The Superior Court

# Thomas E. Reilly
West Haven, Connecticut 06516-4807

10 Hilltop Lane
(203) 932-0655 - home
(203) 937-3597 - work
ThomRly@yahoo.com

April 14, 2002

Councilman James Morrissey, Chairman
City of West Haven
305 Country Hill Drive
West Haven CT 06516

Dear Councilman Morrissey,

As you are aware, this is a tough time in our City's history and in your tenure as a Councilperson. Budget time is never pleasant and then to be presented with a controversial budget makes the hard decisions even harder. I understand, but; and there is always a but, I would like to give you a better understanding of my job and ask for your consideration.

You cannot imagine the emotion attached to picking up a budget book and reading that you have been zeroed out. There were rumors in the papers, friends and others all saying that the Mayor was going to eliminate my position. The Mayor told people he would eliminate my position, but to see it in print brings many emotions to the surface.

I have lived in West Haven for 29 years. My children were born, raised, educated and reside here. In the past ten years, I have taken great pleasure in volunteering and chairing such events as the Fireworks, Savin Rock Festival, and Holiday Festivities. Prior to January, when I was removed from these committees by the Mayor's office, I took great pride and accomplishment in preparing for these events.

I have been an electrician since 1977 and the City's Electrical Inspector since 1995. My day begins in the office, helping citizens and contractors fill out permit applications, answering questions and phones, and doing Plan Reviews. I have filled in for the Assistant Building Official and the Building Official when the office was extremely busy or if the ABO and BO were away on vacation or attending a seminar.

After the permit is issued and the office is notified that the work is complete, an appointment is made between 11:30am and 4:30pm for an inspection. If someone contacts me with a hardship I will change the time or make other arrangements to accommodate their schedule. When I arrive on the site and find that work isn't up to code I explain what I am looking for. If I am challenged as to why I am asking for work to be performed a certain way, I give them the code statute that guides my decisions.

After completing daily inspections – paperwork is filed with all comments about the inspections. At this time, Plan Reviews begin on the on-going projects where prints have been submitted; i.e. Schools, Police Station and Police projects, construction sites, etc. This is necessary, in order to make accurate inspections in a timely manner. Knowledge obtained from these reviews are vital to the safety of the project. Also it is necessary to insure that everyone gets what they contract

for. If items are missing or altered after plans and specifications are sumbitted, I would request an explanation as to the validity of the change and to insure that codes are not violated and the project is not jeapardized.

Plan reviews take in a variety of disciplines that are covered under several codes such as NFPA (National Fire Prevention Association), NEC (National Electric Code), BOCA (Building Officials and Code Administrators), CABO (Code that deals with one and two family dwellings), and ADA (Americans with Disability Act), to name a few. Also at this time I return afternoon phone calls and there have been times when I will meet a citizen on my way home to do an inspection because it is the only time that the home owner has during the day. This isn't done daily but it is done monthly.

My rapport with contractors has always been on a professional level. I feel that I am fair and can defend my decisions. I have also acted as an advisor/consultant to other City departments such as Park Department, Human Resources, Board of Education, Maintenance.

I attend as many seminars as I am allowed, in order to keep up with the changes in Codes and equipment. I was insturmental in changing the department's logging system. I helped set up log books where inspection dates are kept and these books are easily retrievalbe if there are future quesitons. I have a set system with the UI company for release of service calls, it is a logging system that works for both the City and UI and makes everyone accountable. I have earned and received the respect of Contractors and Fire District personnel alike. I was instrumental in setting up and coordinating early morning inspections (5:00am and 6:00am) on fire alarm systems at Bayer so as not to interfere with production. I coordinated the archiving of past permits for storage. Three years ago I started a log system in Excel which keeps track of all electrical permits.

On my own in January, I contacted the State before the Mayor made his budget cut. I am in the process of taking classes in the fall in order to become certified as an Assistant Building Official.

The suggestion by the Mayor to elimnate my positon in order to bring in another Assistant Building Official does nothing for the department except add $800 to the salary account and you will loose the expertise I bring to the department. If my position is reinstated you will be receiving all the same service that I have performed for $800 less. This is no less that what I have been doing for the past 6 ½ years.

Please contact me if you have any questions. Thank you in advance for your consideration.

Sincerely,


Thom Reilly

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* * * * * * * * * * * *

THOMAS REILLY,
    PLAINTIFF

CIVIL ACTION NO. 302CV1346

VS.

CITY OF WEST HAVEN and
H. RICHARD BORER JR.
Individually and in his
Capacity as Mayor of West Haven,
    DEFENDANTS

JANUARY 15, 2004

* * * * * * * * * * * * *

DEPOSITION OF THOMAS REILLY

APPEARANCES:

    FOR THE PLAINTIFF:

        GARY PHELAN, LLC.
        433 South Main Street
        West Hartford, Connecticut 06110
          BY: TANYA WOLANIC, ATTORNEY

    FOR THE DEFENDANTS:

        SUSMAN, DUFFY & SEGALOFF
        55 Whitney Avenue
        New Haven, Connecticut 06507
          BY: JENNIFER L. SCHANCUPP, ATTORNEY

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

```
 1      A    She contacted me.
 2      Q    What did she say to you?
 3      A    Ann contacted me by phone and she wanted
 4  me to explain my job, what I do and what benefit it
 5  is to the city.
 6           She also told me at that time she was
 7  getting a lot of flack from other political parties
 8  in regards to supporting me should she vote for me.
 9      Q    When you say that she said she was getting
10  a lot of political flack from other political
11  parties for supporting you, what did you understand
12  that to mean?
13      A    I understand that the political machine in
14  power at that time was against anybody supporting
15  me.
16      Q    When you say the political machine, what
17  do you mean by that?
18      A    Well there's political parties and they
19  call them machines and at that time Mr. Morrissey
20  and Mr. Moran were the head of that group.
21      Q    Did you hear from any other members of
22  city council?
23      A    Yes, I did hear, yes.
24      Q    Who else?
```

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

1    A    Joe Cullen.

2    Q    How did you hear from him?

3    A    I believe we met in person, probably in
4  city hall.

5    Q    Approximately when was that?

6    A    It was prior to the job being eliminated.

7    Q    So sometime between April --

8    A    And July.

9    Q    July?

10   A    Yes.

11   Q    Was it a formal meeting? I mean, did you
12  request that meeting, did he request that meeting?

13   A    No. We had known each other for some
14  time.

15   Q    Was anybody else present?

16   A    Not that I recall, no.

17   Q    What took place at that meeting?

18   A    We had a conversation in regards that he
19  was going to make a proposal to city council to
20  reinstate my position or at least give me time to
21  attain an assistant building official's license and
22  that he at that point was asking for approximately
23  one year and if I would get the ABO license in one
24  year, then eliminate the electrical and make me ABO.

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

# Council OKs budget, restoring job cuts

By Mark Zaretsky
Register Staff

WEST HAVEN — The City Council adopted a $119.48 million budget for fiscal 2002-03 Thursday night after making scores of changes in the last month that pared $46,207 from Mayor H. Richard Borer Jr.'s recommended budget and restored 10 jobs Borer had cut.

The approved budget will require a city tax rate of 35.65 mills, a 1.54-mill increase over this year. That doesn't include what West Haven's three independent fire districts add on, which is combined with the city's tax rate to determine what property owners pay.

Borer's $119.53 million recommended budget would have required a tax rate of 35.65 mills.

Each mill represents $1 per $1,000 in assessed property value.

Eight of the 10 restored jobs were building maintenance positions. The council reversed Borer's decision to contract out building maintenance to a private firm, but restructured building maintenance in the process.

The council did not restore other controversial cuts that Borer critics charged had political overtones. Those included jobs held by Risk Manager Sandra Lorusso and Electrical Inspector Thomas Reilly — although both could "bump" into other positions.

Council members approved the budget by a 9-3 vote, with several members expressing concern about what they fear are overstated revenues and the city's ability to raise its tax collection rate to the 94 percent budgeted.

Among other things, the budget relies on the hiring of an outside tax collection firm to collect $3 million in back taxes.

"I have sincere and deep reservations about the overstating of revenues," particularly with regard to back taxes, "tax collection" and the "4 percent tax aside for contingency use for educational" said Councilman Brian on the 12-member council.

Council members Martha Bell, D-5, and James W. Aponte, D-7, joined in voting against the budget, with both expressing similar concerns. Councilman Leo "Butch" Arria, D-1, was absent.

But even though they voted for the budget, James O'Brien, D-6, and majority leader Joseph Cullen, D-9, echoed those reservations.

"I am extremely concerned about revenue and ... our ability to collect taxes," Cullen said. He said he would have preferred to raise taxes by a slightly higher amount and set money aside for contingency use for education.

"If other council members said they didn't see how they could have raised taxes any more. Had the council done so, "I think we would be burdening residents," said Domenic Broccoli, D-4.

Borer, council Chairman James Morrissey, D-at-large, and Finance

Please see W. Haven, Page B2

---

B2 New Haven Register

## W. HAVEN: OKs budget

Continued from Page B1

Committee Chairman David Cappetta, D-2, all said the projections are aggressive, but attainable.

With $23 million in unpaid real estate taxes, $15 million in unpaid motor vehicle taxes and $4 million in unpaid personal property taxes, "I think (the $3 million collection figure) is very conservative," Borer said.

"Why should we raise the taxes" for property owners "who already pay?" he asked. "I'd rather focus on the people who aren't paying taxes."

The presidents of West Haven's two largest unions, the West Haven Federation of Teachers and AFSCME Local 681 both said the budget disappointed them.

West Haven's increase comes in a year when communities all over the state are raising taxes because of decreasing state aid.

*Mark Zaretsky can be reached at mzaretsky@nhregister.com, or 789-5722.*

1  Q  When you say he was on the council prior, was he a member of the council for the '02-'03 budget process?

4  A  No.

5  Q  About how long prior was he a member of the council?

7  A  He was the previous council.

8  Q  I'm referring now to your answer to Interrogatory No. 17 and I'll show it to you and the question was for you to identify persons with knowledge pertinent to your claim.

     As you sit here today, what information does Mr. Picard possess with respect to your claims?

15 A  Well, I believe Mr. Picard probably heard the same thing that -- because he ran against the mayor, there was retaliation against me but also that he spoke to each council person that I addressed in regards to my job being eliminated.

     He tried to intervene and get them to vote my job back in and had conversations with them why they couldn't.

23 Q  Has he told you about that, those conversations with the council members?

Case 3:02-cv-01346-SRU   Document 51-2   Filed 02/23/2005   Page 11 of 16

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

90

```
 1    Q    What position did --
 2    A    Lifeguards.
 3    Q    Summer jobs, I take it?
 4    A    Yes.
 5    Q    So when you say you were removed from the
 6  holiday festivities committee, you're basing that on
 7  the fact you were never contacted subsequent to
 8  January 2002?
 9    A    Yes.  This was organized before I was
10  notified.  There was meetings about this here,
11  without me included.
12    Q    You said earlier that you received a
13  letter from Doyle or there was a letter from Doyle
14  to all committee members, when your name wasn't
15  listed.
16             Is this the letter?
17    A    This letter, yes.
18             (Whereupon, a letter to Mr. Reilly
19  from CWA was identified as Defendant's Exhibit No. 9
20  for Identification.)
21    Q    Why don't we look at Exhibit 9, take a
22  moment to review that and let me know when you're
23  done.
24             Have you had an opportunity to review
```

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

101

1   currently exists?
2       A    No, I don't.
3       Q    Is that position part of the holiday
4   festivities committee?
5       A    Yes, generally, yes.
6       Q    I guess I'm just getting hung up on the
7   names.
8       A    Yes, and everybody does.
9            I was on every committee, so he named
10  it the liaison officer.
11      Q    Did you ever have any conversations with
12  Mayor Borer about your removal from the holiday
13  festivities committee?
14      A    No.
15      Q    How about anybody else?
16      A    I'm sure I have.
17      Q    Who would you have had conversations with?
18      A    My wife, committee members.
19      Q    Which committee members?
20      A    Bob Seneca, Cheryl Treat, Maryann
21  Bisaccia, Bobby DePascale, Wanda Bennett, Natalie
22  DeRosa.
23      Q    As best you can recall, what were your
24  conversations with Bob Seneca?

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

102

```
1      A    That the mayor had reorganized and I am no
2    longer the liaison officer.
3      Q    Was that something that he said to you,
4    you said to him?
5      A    Who are you speaking to?
6      Q    Bob Seneca.
7      A    Bob Seneca?
8      Q    Yes.
9      A    I probably said to him.
10     Q    Did he agree, disagree, make any comment?
11     A    He disagreed.
12     Q    What did he say?
13     A    He dropped off the committee.
14     Q    And Cheryl Treat, what were your
15   conversations with her?
16     A    Pretty much the same.  Just to give some -
17   - short circuit it, just about all my conversations
18   with everybody there, those people were members of
19   one of the committees, either the Savin Rock
20   Festival, fireworks or holiday festivities.
21          I notified them all that I was no
22   longer the liaison person.  I was not the person to
23   see if the mayor saw fit to change and reorganize
24   those committees.
```

DEPOSITION OF THOMAS REILLY  
JANUARY 15, 2004

103

1    Q    How did you notify them that you were no
2    longer --
3    A    Verbally, probably verbally.
4    Q    Of the names that you gave me, do you know
5    whether those people agreed or disagreed with your
6    statement that the mayor no longer saw fit to have
7    you serve in that capacity?
8    A    I believe each and every one of them
9    agreed with me.  They didn't understand the move and
10   several of them had said that they would go see the
11   mayor if I would like.
12        I said no.  I told them to carry on
13   and don't judge the mayor for my decision to leave.
14   Q    I'm sorry, I didn't hear you.
15   A    I told them don't let my decision
16   influence theirs about the mayor.
17   Q    When you say your decision, what decision
18   are you referring to?
19   A    That he was unfair.
20   Q    Do you know whether or not any of the
21   individuals subsequently went to see the mayor after
22   you had spoken to them?
23   A    I believe Cheryl Treat did.
24   Q    Why do you believe that?  Did you have

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

114

1    Q    Have you had discussions with her
2  concerning your litigation against the city?
3    A    Yes.
4    Q    Tell me about those discussions, what have
5  you said to her, what has she said to you?
6    A    She told me that she was filing suit
7  against the mayor, she thought it was a personal
8  vendetta against her and she had an attorney that
9  was handling the case.
10        I said the likewise on my part.
11   Q    On how many occasions have you discussed
12  either Ms. Lorusso's lawsuit or your lawsuit with
13  one another?
14   A    I don't think I've ever been into a
15  discussion about my lawsuit with Ms. Lorusso, other
16  than the fact that I did file charges.
17   Q    Are you familiar with Deborah Evangelista?
18   A    Absolutely.
19   Q    How do you know her?
20   A    She's Sandy's sister.
21   Q    Ms. Evangelista is also an employee of the
22  City of West Haven?
23   A    No, she's not.
24   Q    Was an employee of the City of West Haven?

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

DEPOSITION OF THOMAS REILLY
JANUARY 15, 2004

118

1   at the time, behind the closed door?

2   A    Talking about a private matter regarding
3   my wife and the Board of Education.

4   Q    What was that, what was the matter that
5   you were discussing?

6   A    It was a matter of the mayor bringing
7   something up at the Board of Education and getting
8   my wife upset.

9   Q    What had he brought up?

10  A    I don't recall at this time.

11  Q    In Paragraph 17 of your complaint you make
12  the allegation that Mr. Hill informed you that he
13  could not oppose Mayor Borer's proposal to cut the
14  electrical inspector position from the budget
15  because Mr. Borer had warned Mr. Hill not to
16  challenge the proposal because Mr. Hill's job was
17  expendable as well.

18       What's the basis for that allegation?

19  A    After I became the property maintenance
20  code enforcement officer and things had died down, I
21  got a chance to speak to Mr. Hill and we were in his
22  office.

23       Mr. Hill made a statement to me that
24  it wasn't him that cut me from the budget.  If you

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102