UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS REILLY

v.                                                          3:02CV1346 (SRU)

CITY OF WEST HAVEN and
H. RICHARD BORER, JR.

J U D G M E N T

      This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion for summary judgment.

      The Court has reviewed all of the papers filed in conjunction with the motion and on March 31, 2005, a Ruling on Defendants' Motion for Summary Judgment was entered by the Court granting defendants' motion.

      Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

      Dated at Bridgeport, Connecticut, this 31st day of March, 2005.

Kevin F. Rowe, Clerk

By  /s/ Alice Montz
          Deputy Clerk

Entered on Docket _____