**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK 10007

**FILED**

Roseann B. MacKechnie
CLERK

2006 APR -5 P 3: 26

U.S. DISTRICT COURT
NEW HAVEN, CT

Date: 3/31/06
Docket Number: 05-2273-cv
Short Title: Reilly v. West Haven
DC Docket Number: 02-cv-1346
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Stefan Underhil

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 31st day of March, two thousand six.

Thomas Reilly,

    Plaintiff-Appellant,

v

City of West Haven and H. Richard Borer Jr., Mayor, I/O,

    Defendants-Appellees.

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By: Julius D. Crockwell
Deputy Clerk

CERTIFIED: 3/31/06